UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

MARY A. FONTAINE          )
                          )
v.                        )          CIVIL NO.  08-CV-429-P-S
                          )
MICHAEL J. ASTRUE, ET AL.  )


## ORDER SEALING ATTACHMENT

On this date, an Objection to the Recommended Partial Dismissal (Docket No. 11) was filed by the plaintiff, Mary Fontaine.  Along with the Objection was a letter addressed to me, dated February 10, 2009, and an attachment containing Mary Fontaine's medical information.

The letter and attachment submitted by Mary Fontaine contain personal identifiers, in contravention of the e-government act.  Accordingly, I hereby **ORDER**  those documents to be docketed by the Clerk's Office under seal in order to preclude remote electronic access to the plaintiff's personal information by any non-party.  I also hereby decline to respond to Ms. Fontaine's letter to me, dated February 10, 2009.

So **ORDERED**.


/s/ John H. Rich III,
U.S. Magistrate Judge


Dated at Portland, Maine this 18th day of February, 2009.